## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PATRICIA PICKENS**                                                                  **PLAINTIFF**

**v.**                        **CASE NO.  4:23-CV-00717-BSM**

**ARKANSAS ENTERPRISE FOR**
**THE DEVELOPMENTALLY**
**DISABLED INC**                                                          **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE